

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Kai Stumpf, individually, and as personal representative for the Estate of Siglinde Stumpf, Deceased, and on behalf of all people entitled to claim under the law, | § § § § § | C.A. NO. G-12-cv-99 |
| Plaintiff, | § § | |
| v. | § § | |
| Carnival plc, and Utopia Cruises, Inc., | § § § | |
| Defendants. | § | |

## WARRANT TO SEIZE A VESSEL

TO:   The Marshal

You are commanded immediately to arrest the MS *Carnival Triumph*, her equipment and appurtenances, and to serve a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

**CLERK OF COURT**

Dated: 3/30/12        By: /s/ Anderson
                          Deputy Clerk