USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:12-cv-00099   Filed in TXSD on 04/03/12   Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIVED AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kai Stumpf, individually, and as rep. for the Estate of Siglinde Stumpf, Deceased | 3-12-CV-99 |
| DEFENDANT | TYPE OF PROCESS |
| Carnival plc, and Utopia Cruises, Inc. | Arrest Vessel |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  MS Carnival Triumph, c/o Master
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  Port of Galveston Cruise Terminal, Galveston, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Douglas T. Gilman
Gilman & Allison, LLP
9307 Broadway, Suite 407
Pearland, Texas 77584

United States Courts
Southern District of Texas
FILED
APR 0 3 2012
, Clerk of Court

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SOUTHERN DIST.S/TX 2012 MAR 30 PM 12:24 RECEIVED UNITED STATES MARSHAL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please call Douglas T. Gilman at (888) 225-5767, if necessary.

*[Signature]*

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (888) 225-5767
DATE: 3/30/12

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. C79 | No. C79 | Audrea V. Rose | 3-30-12 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Vittorio Marchi Captain

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 3-31-12 | 8:41 | [X] am [ ] pm |

Signature of U.S. Marshal or Deputy
*[Signature]*

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $2365.00 | 0 | 0 | $2365 | $10,000.00 | TBD |

REMARKS: Carnival Triumph 9138850 - Registry # License 0700 (captain's operator license) CAPTAIN CARNIVAL TRIUMPH

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80